### No. 741.—ZENON BROUSSARD *v.* JOSEPH BREAUX.

Proving that a debtor made a payment on the day and date that it is credited on his note is proving an acknowledgment of the debt.

Parol evidence, offered to establish that he made the payment as credited on the note, is therefore inadmissible after the maker has died and payment is sought to be enforced against his succession. 21 An. 350.

APPEAL from the Sixteenth Judicial District Court, parish of Lafayette. *Debaillon,* Judge *ad hoc. Deblanc & Perry,* for plaintiff and appellee. *M. E. Girard,* for defendant and appellant.

Howe, J. In the case of Pavy *v.* Escoubas, lately decided, and in the case of succession of Hillebrandt, 21 An. 350, we have had occasion to decide that a partial payment only interrupts the current of prescription, because it is an implied acknowledgment of the debt, and that, under the statute of 1858, parol evidence should not be admitted to prove such partial payment by a debtor since deceased. The plaintiff in this case contends with much earnestness that these decisions should be overruled, but his arguments fail to satisfy the court of the correctness of his position.

The defendant's objection to such parol proof in this case should have been sustained.

The claim in suit is clearly prescribed, and it is therefore ordered that the judgment appealed from be reversed, and that there be judgment for defendant, with costs of both courts.